**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

### Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 15, 2015

Mr. Alan L. Hamilton
9902 Childress Drive
Austin, TX 78753
* DELIVERED VIA E-MAIL *

Hon. Karen L. Landinger
Cokinos, Bosien and Young
10999 W Ih 10 Ste 800
San Antonio, TX 78230-1349
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00307-CV
Tr.Ct.No. D-1-GN-13-001230
Style:    Alan L. Hamilton, Individually and as Successor Trustee of the Hamilton
         Family Trust, and as Independent Executor of the Estate of Maurine P.
         Hamilton v. Daniel Davila, III

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    353rd District Court (DELIVERED VIA E-MAIL)
       Hon. Velva L. Price, Travis County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial
       Region (DELIVERED VIA E-MAIL)